**EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRCT OF NEW JERSEY**

| | |
|---|---|
| CHRISTINE MONTEROSSO,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>PAUL JASINKIEWICZ, MICHAEL HARVEY, JASINKIEWICZ CAPITAL MANAGEMENT, LP, and JOHN DOES 1-5 and 6-10,<br><br>　　　　　　　Defendants. | Civil Action No.: 3:18-cv-11818<br><br>**STIPULATION OF
DISMISSAL
WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff, Christine Monterosso ("Plaintiff"), and counsel for defendants, Paul Jasinkiewicz, Michael Harvey, and Jasinkiewicz Capital Management, LP, that whereas this case has been settled upon the terms and conditions of the Settlement Agreement attached hereto as **Exhibit A**; and no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action; the above-captioned action, including all claims made by Plaintiff against all Defendants, be and hereby is dismissed with prejudice and without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of Court.

IT IS HEREBY FURTHER STIPULATED AND AGREED, by and between the undersigned, that facsimile and PDF signatures herein shall be deemed originals.

Dated: 1/20 , 2019

By: _____
Howard A. Matalon, Esq.
OLENDERFELDMAN LLP
422 Morris Avenue
Summit, New Jersey 07901
(908) 964-2424
*Attorneys for Defendants*

By: _____
Kevin M. Costello, Esq.
COSTELLO & MAINS, LLC
18000 Horizon Way, Suite 800
Mount Laurel, New Jersey 08054
(865) 727-9700
*Attorneys for Plaintiff*

It is so ordered this 16th day of July, 2019

_____
Brian R. Martinotti, U.S.D.J.